```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS ROBLES,

                      **Plaintiff,**               19-CV-07001 (MKV)(SN)

       **-against-**                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                      **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On September 22, 2020, in accordance with the stipulation and agreement between the parties, the Honorable Mary Kay Vyskocil remanded this case for further consideration of the plaintiff's application for disability benefits and closed this case. ECF No. 26. On December 21, 2020, Plaintiff's counsel moved for attorney's fees pursuant to 28 U.S.C. § 2412(d). ECF No. 28.

    Because of the Commissioner's unique role and expertise in the area, the Commissioner is directed to file a letter indicating whether they object to Plaintiff's counsel's motion for § 406(b) fees no later than January 15, 2021.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      December 22, 2020
                New York, New York